HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CONTI,

    Plaintiff,

  v.

CORPORATE SERVICES GROUP, INC., et al.,

    Defendants.

CASE NO. C12-245RAJ

ORDER

Having heard argument from the parties, the court makes the following rulings, which apply only if the jury returns a verdict in favor of Mr. Conti on one or more of his federal claims.

1) The court will permit Defendants to call two witnesses, Kari Drobesh and Jay Leon, to present evidence as to Defendants' good faith efforts to comply with federal law, and as to Defendants wealth or lack thereof. Plaintiff may cross-examine those witnesses.

2) Either party may make a brief closing argument to the jury before the court instructs them on punitive damages.

3) The parties shall each have a maximum of ninety minutes to complete examination and argument. The court will strictly enforce these limits.

4) The court will entertain no arguments regarding Defendants' alleged failures to produce evidence of wealth or good faith during discovery, nor will it permit

ORDER – 1

any attorney to ask questions relating to discovery.  The time for resolving discovery disputes passed long ago.

5) Defendants must be prepared to present both witnesses immediately upon the return of a verdict that requires a second phase of trial.  In particular, they must have Ms. Drobesh available.

DATED this 12th day of December, 2013.

*(signature)*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2