HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL CONTI,

       Plaintiff,

    v.

CORPORATE SERVICES GROUP, INC.,
et al.,

       Defendants.

CASE NO. C12-245RAJ

ORDER

Having received the jury's verdict, it is the court's intent to direct the entry of judgment in favor of Plaintiff and against Defendant Corporate Services Group, Inc., for the sum of $190,785.12, and to indicate that Defendant Jay Leon is jointly and severally liable for $10,000 of that amount.

If any party has any objection to this form of judgment, they shall file those objections in a brief of five pages or fewer no later than Monday, December 16, 2013. The parties may not use that brief to argue for judgment as a matter of law or to argue any point other than whether the judgment proposed above accurately reflects the jury's verdict.

DATED this 12th day of December, 2013.

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1